```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09623
    LORETTA KIDD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-8798


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 04/18/2008 and was not confirmed.

    The case was dismissed without confirmation 07/23/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
AARONS SALES               UNSECURED       NOT FILED           .00             .00
UNITED STATES POSTAL SER   UNSECURED       NOT FILED           .00             .00
UNITED STATES POSTAL SER   UNSECURED       NOT FILED           .00             .00
RENT A CAR                 UNSECURED       NOT FILED           .00             .00
ARRONRNTS                  UNSECURED       NOT FILED           .00             .00
AT & T CREDIT MANAGEMENT   UNSECURED       NOT FILED           .00             .00
21ST CENTURY INS EP        UNSECURED       NOT FILED           .00             .00
US CELLULAR                UNSECURED       NOT FILED           .00             .00
T MOBILE                   UNSECURED       NOT FILED           .00             .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00             .00
ENTERPRISE RENT A CAR      UNSECURED       NOT FILED           .00             .00
LOYOLA UNIVERSITY HEALTH   UNSECURED       NOT FILED           .00             .00
LOYOLA UNIVERSITY PHYSCN   UNSECURED       NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1384.63           .00             .00
PEOPLES ENERGY             UNSECURED       NOT FILED           .00             .00
T MOBILE                   UNSECURED       NOT FILED           .00             .00
MARVIN HARRISON            NOTICE ONLY     NOT FILED           .00             .00
MARVIN HARRISON            NOTICE ONLY     NOT FILED           .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG         .00           .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE         .00           .00             .00
COOK COUNTY TREASURER      SECURED           1600.00           .00             .00
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00           .00             .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE     4076.46           .00             .00
UNITED AUTO CREDIT         SECURED VEHIC         .00           .00             .00
CHASE HOME FINANCE         NOTICE ONLY     NOT FILED           .00             .00
ERNESTO D BORGES JR        DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 09623 LORETTA KIDD
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                  ---------------    ---------------
TOTALS                                       .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 10/29/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```